CARDONA LAW FIRM
- www.cardonalaw.us -

cardona@cardonalaw.us (862) 596 - 4450

November 6th, 2026

BY ECF
Hon. Judge Madeline Cox Arleo U.S.D.J.
U.S. District Court for the District of New Jersey
50 Walnut Street
Newark, NJ 07102

**RE: Request to Close Case. Petitioner released.**
Hernandez Sanchez vs. Soto
Case No. 26-14092 (MCA)

Dear Honorable Judge Cox Arleo,

Undersigned counsel represents Petitioner in this matter concerning the Writ of Habeas Corpus filed with this Court.

At the time the Petition for Writ of Habeas Corpus was filed, undersigned counsel was unaware that Petitioner was detained pursuant to INA § 1226(a), rather than INA § 1225(b). Out of an abundance of caution, and to preserve Petitioner's rights and prevent DHS from transferring him to another detention facility or jurisdiction, counsel proceeded with filing the Petition.

Subsequent to the filing, counsel obtained a copy of Petitioner's Custody Determination, which confirmed the applicable statutory basis for his detention. Petitioner has since been released from custody.

We respectfully request that this matter be closed by the Court and vacate the order enjoining Respondents from moving Petitioner from the State of New Jersey.

Respectfully submitted,

s/ *Patricia Cardona Nuila*
Patricia Cardona Nuila Esq.
Attorney for Petitioner
213 Harrison Avenue
Harrison NJ 07209
patricia@cardonalawnj.com
T: (862) 596-4450

Case shall be closed.
SO ORDERED

*s/Madeline Cox Arleo*
MADELINE COX ARLEO, U.S.D.J.

Date: 11/9/26